

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON GRAND JURY 2018-2
SEPTEMBER 25, 2018 SESSION



UNITED STATES OF AMERICA

v.                           CRIMINAL NO. 2:18-00200

LARRY AVERY                  21 U.S.C. § 841(a)(1)
RYAN JOHNSON, AKA "PUN"      21 U.S.C. § 846
BOBBY MACK, JR, AKA "WOMACK" 18 U.S.C. § 922(g)(1)
JAMES TERRY                  18 U.S.C. § 924(a)(2)
FUQUAN HAGLER
BRIAN KELLEY

# I N D I C T M E N T

The Grand Jury Charges:

## COUNT ONE

(Conspiracy to distribute controlled substances)

1. From in or about October 2017, to on or about July 31, 2018, in or near Fayette County, West Virginia, within the Southern District of West Virginia, and elsewhere, defendants LARRY AVERY, RYAN JOHNSON, AKA "PUN," BOBBY MACK, JR, AKA "WOMACK," JAMES TERRY, FUQUAN HAGLER, BRIAN KELLEY, and Greg Coleman, not named as a defendant herein, together with other persons whose identities are both known and unknown to the Grand Jury, knowingly conspired to commit offenses in violation of 21 U.S.C. § 841(a)(1), that is, knowingly and intentionally to distribute quantities of heroin, a

Schedule I controlled substance, cocaine, a schedule II controlled substance, and oxycodone, a schedule II controlled substance.

QUANTITY OF HEROIN INVOLVED IN THE CONSPIRACY

2. Defendants RYAN JOHNSON, AKA "PUN," and BOBBY MACK, JR, AKA "WOMACK," conspired to distribute one kilogram or more of heroin, a Schedule I controlled substance.

QUANTITY OF COCAINE INVOLVED IN THE CONSPIRACY

3. Defendants LARRY AVERY and BRIAN KELLEY, conspired to distribute 500 grams or more of cocaine, a Schedule II controlled substance.

QUANTITY OF OXYCODONE INVOLVED IN THE CONSPIRACY

4. Defendants RYAN JOHNSON, AKA "PUN," FUQUAN HAGLER, and JAMES TERRY, conspired to distribute a quantity of oxycodone, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 846.

## COUNT TWO

### (Distribution of Oxycodone)

On or about November 22, 2017, at or near Oak Hill, Fayette County, West Virginia, and within the Southern District of West Virginia, defendant RYAN JOHNSON, AKA "PUN," knowingly and intentionally distributed a quantity of oxycodone, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT THREE

### (Distribution of Oxycodone)

On or about December 1, 2017, at or near Mount Hope, Raleigh County, West Virginia, and within the Southern District of West Virginia, defendant RYAN JOHNSON, AKA "PUN," knowingly and intentionally distributed a quantity of oxycodone, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT FOUR

**(Distribution of Heroin)**

On or about December 6, 2017, at or near Oak Hill, Fayette County, West Virginia, and within the Southern District of West Virginia, defendant RYAN JOHNSON, AKA "PUN," knowingly and intentionally distributed a quantity of heroin, a Schedule I controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT FIVE
### (Distribution of Heroin)

On or about January 31, 2018, at or near Oak Hill, Fayette County, West Virginia, and within the Southern District of West Virginia, defendant RYAN JOHNSON, AKA "PUN," knowingly and intentionally distributed a quantity of heroin, a Schedule I controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT SIX
### (Distribution of Heroin)

On or about April 19, 2018, at or near Oak Hill, Fayette County, West Virginia, and within the Southern District of West Virginia, defendant RYAN JOHNSON, AKA "PUN," knowingly and intentionally distributed a quantity of heroin, a Schedule I controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT SEVEN

**(Possession with Intent to Distribute Cocaine)**

On or about July 7, 2018, at or near Glen Jean, Fayette County, West Virginia, and within the Southern District of West Virginia, defendant BRIAN KELLEY, knowingly and intentionally possessed with intent to distribute 500 grams or more of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT EIGHT

**(Felon in Possession of a Firearm)**

1. On or about July 16, 2018, at or near Scarbro, Fayette County, West Virginia, and within the Southern District of West Virginia, defendant BOBBY MACK, JR, AKA "WOMACK," did knowingly possess a firearm, that is, a Ruger, model LC9S, 9mm semi-automatic pistol, in and affecting interstate commerce.

2. At the time defendant BOBBY MACK, JR, AKA "WOMACK" possessed the aforesaid firearm, he had been convicted of the following crime, which was punishable by a term of imprisonment exceeding one year, as defined in 18 U.S.C. § 921(a)(20), that is, convicted on or about December 19, 2007, in the United States District Court, Southern District of West Virginia, of conspiracy to distribute and possess with intent to distribute 500 grams or more of cocaine, in violation of 21 U.S.C. § 846.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

**FORFEITURE**

1.  The allegations contained in Count 1 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 924(d)(1), 21 U.S.C. § 853, and 28 U.S.C. § 2461(c).

2.  Pursuant to 18 U.S.C. § 924(d)(1), 21 U.S.C. § 853, 28 U.S.C. § 2461(c) and Rule 32.2(a) of the Federal Rules of Criminal Procedure, upon conviction of an offense in violation of 18 U.S.C. 922(g) and 21 U.S.C. §§ 841 and 846, the defendants, LARRY AVERY, RYAN JOHNSON, AKA "PUN," BOBBY MACK, JR, AKA "WOMACK," JAMES TERRY, FUQUAN HAGLER, and BRIAN KELLEY, shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offenses and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offenses, including, but not limited to the following:

   a.  A 2009 Chevrolet Traverse VIN# 1GNEV23D89S107548, seized on or about July 7, 2018;

   b.  $21,140, more or less, in United States Currency, seized from Brian Kelley on or about July 7, 2018;

   c.  $343,097, more or less, in United States Currency, a Pietro Beretta .40 Caliber semi-automatic pistol, a Ruger LC9S 9mm, semi-automatic pistol, and a Bush Master .223 caliber semi-automatic rifle, seized from the

residence of BOBBY MACK, JR, AKA "WOMACK" on or about July 16, 2018;

3. If any of such property described above, as a result of any act or omission of the defendants:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

MICHAEL B. STUART
United States Attorney

By: /s/ Timothy D. Boggess
TIMOTHY D. BOGGESS
Assistant United States Attorney