# Courtroom Minute Entry

**Room:** Charleston 5400    **Case No.:** 2:18-cr-00200-02    **Type:** Arraignment/Detention Hearing
**Caption:** USA v. Ryan Johnson
**Judge:** Dwane L. Tinsley

**Started:** 10/2/2018 4:30:31 PM
**Ends:**    10/2/2018 4:36:35 PM    **Length:** 00:06:05

    Judge Dwane L. Tinsley
    Courtroom Deputy: Dawna Goodson
    Defendant: Ryan Johnson
    Assistant U.S. Attorney: Timothy Boggess
    Retained Counsel: Rico Moore
    Probation Officer: Shamika Stockton

| Time | Event |
|---|---|
| 4:30:37 PM | ARRAIGNMENT AND DETENTION HEARING |
| 4:31:31 PM | Judge Dwane L. Tinsley called case, noted appearances of counsel, defendant present in courtroom |
| 4:31:58 PM | Defendant placed under oath by Courtroom Deputy |
| 4:32:22 PM | Stated rights of defendant and defendant acknowledged these rights |
| 4:32:33 PM | Questions defendant about indictment related matters |
| 4:32:57 PM | Defendant pleads not guilty to charge(s) contained in the indictment |
| 4:32:59 PM | Stated district judge assignment, and dates for trial and pretrial motions hearing |
| 4:33:25 PM | Defendant does not waive the right to be present at the pretrial motions hearing |
| 4:33:53 PM | Parties have elected the standard discovery; pretrial motions, voir dire and witness list dates given |
| 4:34:15 PM | Make sure chambers receives a copy of all motions filed with the clerk |
| 4:34:22 PM | Advised counsel to give USMS 30 days notice for out-of-custody defendants/witnesses and cancel when unnecessary |
| 4:34:39 PM | Court and parties review and discuss Pretrial Services Report |
| 4:34:55 PM | No additions or corrections to Pretrial Services Report at this time |
| 4:34:57 PM | The government has previously filed a Motion for Detention that invokes the rebuttable presumption. Does the defendant contest detention today? |
| 4:35:15 PM | The defendant does not contest detention at this time |
| 4:35:34 PM | Court lists factors under 3142(g) |
| 4:35:41 PM | Finds by a preponderance of evidence that the defendant is a risk of flight |
| 4:35:50 PM | Finds by clear and convincing evidence that the defendant is a danger to the community |
| 4:35:53 PM | Therefore, no condition or combination of conditions exist for the defendant's release |
| 4:36:01 PM | Ordered the defendant detained and remanded to the custody of the US Marshals Service |
| 4:36:05 PM | Anything else counsel wishes to address? |
| 4:36:14 PM | Request that Probation provide the criminal history section of the Pretrial Services Report to counsel |
| 4:36:17 PM | Granted - directs the probation officer under Section 5L of the Pretrial Regulations to allow disclosure with good cause of the criminal history section of the report |
| 4:36:20 PM | Anything else counsel wishes to address? |
| 4:36:23 PM | Hearing adjourned |