AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### Southern District of West Virginia

United States of America
v.
RYAN JOHNSON, a/k/a PUN

)
)  Case No. 2:18-00200
)
)
)
)

*Defendant*

**SEALED**

# ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     RYAN JOHNSON ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to distribute controlled substances.

Date: 09/25/2018

*Issuing officer's signature* TR

City and state: CHARLESTON, WV

RORY L. PERRY II, CLERK
*Printed name and title*

## Return

This warrant was received on *(date)* 9/25/18 , and the person was arrested on *(date)* 9/27/18
at *(city and state)* Oak Hill, WV .

Date: 9/27/18

FILED
OCT 30 2018
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

*Arresting officer's signature*

Scott Hill CJDUSM
*Printed name and title*