# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA

**CHARLESTON**
Suite 2400
300 Virginia Street, East
Charleston, WV 25301

P. O. Box 2546
Charleston, WV 25329
304/347-3000

www.wvsd.uscourts.gov

Reply to: Charleston



**THOMAS E. JOHNSTON**
Chief Judge

**RORY L. PERRY II**
Clerk Of Court

**HUNTINGTON**
Room 101
845 Fifth Avenue
Huntington, WV 25701
304/529-5588

**BECKLEY**
Room 119
110 North Heber Street
Beckley, WV 25801
304/253-7481

**BLUEFIELD**
Room 1000
601 Federal Street
Bluefield, WV 24701
304/327-9798

April 3, 2019

Mr. Ryan Johnson
Western Regional Jail
One O'Hanlon Place
Barboursville, WV 25504

Re: *United States v. Johnson*; Criminal No. 2:18-cr-00200-2

Dear Mr. Johnson:

I am in receipt of your correspondence dated March 29, 2019, wherein you requested copies of code sections, Federal Rules of Civil Procedure, sentencing guidelines, and other information related to your particular charges.

Please be advised that this office does not maintain copies of statutes and guidelines for distribution. Further, please be advised that pursuant to Title 28, United States Code, Section 955, the Clerk and his employees are forbidden by law from giving legal advice. Legal advice could be described as, but is not limited to: offering interpretation of rules; recommending a course of action; predicting a judicial officer's decision; and interpreting the meaning or effect of any court order or judgment. For these reasons, I am unable to provide any assistance as you requested. I have enclosed a courtesy copy of this court's Pro Se Handbook, which may assist you in your research.

Sincerely,

RORY L. PERRY II

RLP/brn
Enclosure